David MITCHELL, Sr., Claimant–
Appellant,

v.

Robert A. McDONALD, Secretary Of
Veterans Affairs, Respondent–
Appellee.

No. 2014–7074.

United States Court of Appeals,
Federal Circuit.

Aug. 13, 2014.

Phyllis Jo Baunach, Esq., Senior Trial
Attorney, Department of Justice, David J.
Barrans, Deputy Assistant General Coun-
sel, Amanda Blackmon, Attorney, Depart-
ment of Veterans Affairs Office of General
Counsel, Washington, DC, for Respon-
dent–Appellee.

## ON MOTION

## ORDER

David Mitchell, Sr. moves to withdraw
his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal
is dismissed.

(2) Each side shall bear its own costs.